1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**for the Northern District of California**
**San Francisco Division**

Edmond Mesachi,

   Plaintiff,

   v.

Postmates Inc.,

   Defendant.

Case No. 3:20-cv-07028-WHO

**JOINT STATUS REPORT**

JOINT STATUS REPORT
NO. 3:20-CV-07028-WHO - 1

The Court's Order compelling this case to arbitration also required the parties to "submit a joint status report six months from the date of this Order and every six months thereafter until this matter is resolved." ECF No. 22, Order at 9. The parties therefore report that, since the Court's Order was entered, JAMS has appointed an arbitrator, the parties have held an initial case management conference, and the parties have now fully briefed and argued cross-motions on SB 707's applicability and enforceability. The parties await a decision on those motions from the arbitrator.

Dated: July 8, 2021.                    Respectfully submitted,


                                         /s/ Thomas R. Kayes
                                         Thomas R. Kayes
                                         Counsel for Plaintiff Edmond Mesachi


Dated: July 8, 2021                     Respectfully submitted,


                                         /s/ Theane Evangelis
                                         Theane Evangelis
                                         Counsel for Defendant Postmates Inc.

JOINT STATUS REPORT
NO. 3:20-CV-07028-WHO - 2

**ECF ATTESTATION**

I, Thomas Kayes, attest that concurrence in the filing of this document has been obtained from Theane Evangelis (by Shaun Mathur), and that this document was served by electronic filing July 8, 2021, on all counsel of record.

Dated: July 8, 2021                                By: /s/ Thomas R. Kayes

JOINT STATUS REPORT
NO. 3:20-CV-07028-WHO - 3