# United States District Court
## for the Northern District of California
### San Francisco Division

Edmond Mesachi,

   Plaintiff,

   v.

Postmates Inc.,

   Defendant.

Case No. 3:20-cv-07028-WHO

**STIPULATION FOR DISMISSAL**

The parties stipulate for dismissal with prejudice, each side to bear its own costs and fees, under Rule 41(a)(1)(A)(ii).

Dated: January 7, 2022.                    Respectfully submitted,

/s/ Thomas R. Kayes
Thomas R. Kayes
Counsel for Plaintiff Edmond Mesachi

Dated: January 7, 2022.                    Respectfully submitted,

/s/ Theane Evangelis
Theane Evangelis
Counsel for Defendant Postmates Inc.

STIPULATION FOR DISMISSAL
NO. 3:20-CV-07028-WHO - 2

**ECF ATTESTATION**

I, Thomas Kayes, attest that concurrence in the filing of this document has been obtained from Theane Evangelis (by Shaun Mathur), and that this document was served by electronic filing January 7, 2022, on all counsel of record.

Dated: January 7, 2022                                    By: /s/ Thomas R. Kayes

STIPULATION FOR DISMISSAL
NO. 3:20-CV-07028-WHO - 3