UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDMOND MESACHI,

    Plaintiff,

v.

POSTMATES INC.,

    Defendant.

Case No. 20-cv-07028-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 24

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 10, 2022

WILLIAM H. ORRICK
United States District Judge